# Exhibit B

Formulario OAT 1721
(Rev. Agosto 2023)

Página 1 de 3

Estado Libre Asociado de Puerto Rico
TRIBUNAL GENERAL DE JUSTICIA
Tribunal de Primera Instancia
Sala ☒ Superior ☐ Municipal de San Juan

| LDG MEDICAL SERVICES GROUP LLC Y OTROS | SJ2023CV08437 |
|---|---|
| Parte Demandante | Caso Núm. |
| v. | Salón Núm. 903 |
| ELI LILLY AND COMPANY Y OTROS | Acción Civil de: ENRIQUECIMIENTO INJUSTO |
| Parte Demandada | Materia o Asunto |

**EMPLAZAMIENTO**

ESTADOS UNIDOS DE AMERICA, SS
EL PRESIDENTE DE LOS ESTADOS UNIDOS
EL ESTADO LIBRE ASOCIADO DE PUERTO RICO

A: CAREMARKPCS HEALTH, LLC
Nombre de la parte demandada que se emplaza
450 VETERANS MEMORIAL PARKWAY, SUITE 7A
PROVIDENCE, RHODE ISLAND 02914
Dirección de la parte demandada que se emplaza

X [signature]
CT CORPORATION SYSTEM
9-15-2023
Clementina St. Sauveur

POR LA PRESENTE se le emplaza para que presente al tribunal su alegación responsiva dentro de los 30 días de haber sido diligenciado este emplazamiento, excluyéndose el día del diligenciamiento. Usted deberá presentar su alegación responsiva a través del Sistema Unificado de Manejo y Administración de Casos (SUMAC), al cual puede acceder utilizando la siguiente dirección electrónica: https://www.poderjudicial.pr/index.php/tribunal-electronico/, salvo que el caso sea de un expediente físico o que se represente por derecho propio, en cuyo caso deberá presentar su alegación responsiva en la Secretaría del Tribunal y notificar copia de la misma al (a la) abogado(a) de la parte demandante o a ésta, de no tener representación legal. Si usted deja de presentar su alegación responsiva dentro del referido término, el tribunal podrá dictar sentencia en rebeldía en su contra y conceder el remedio solicitado en la demanda, o cualquier otro, si el tribunal, en el ejercicio de su sana discreción, lo entiende procedente. Además, se le apercibe que, en los casos al amparo de la Ley Núm. 57-2023, titulada *Ley para la Prevención del Maltrato, Preservación de la Unidad Familiar y para la Seguridad, Bienestar y Protección de los Menores*, entre los remedios que el Tribunal podrá conceder se incluyen la ubicación permanente de un (una) menor fuera de su hogar, el inicio de procesos para la privación de patria potestad, y cualquier otra medida en el mejor interés del (de la) menor. (Artículo 33, incisos b y f de la Ley Núm. 57-2023). Se le advierte de su derecho a comparecer acompañado(a) de abogado(a) en los casos que proceda.

HAROLD D. VICENTE COLON
Nombre del (de la) abogado(a) de la parte demandante,
o de la parte, si no tiene representación legal

11,303
Número ante el Tribunal Supremo (RUA), si es abogado(a)

PO BOX 11609
SAN JUAN, PR 00910-1609
Dirección

(787)751-8000 / (787)756-5250
Número de teléfono; número de fax

hdvc@vclawpr.com
Correo electrónico

Expedido bajo mi firma y sello del Tribunal, el ___ de SEP 0 8 2023 de ___.

GRISELDA RODRIGUEZ COLLADO
SECRETARIA REGIONAL
Nombre del (de la)
Secretario(a) Regional

Por: [signature] Mildred J. Fraser-Benente
Nombre del (de la)
Secretario(a) Auxiliar del Tribunal

[signature]
Firma del (de la)
Secretario(a) Auxiliar del Tribunal

THE GOVERNMENT OF PUERTO RICO
COURT OF FIRST INSTANCE
SUPERIOR COURT, SAN JUAN PART

LDG MEDICAL SERVICES GROUP L.L.C.; et als.

    Plaintiffs,

v.

ELI LILLY AND COMPANY; et als,

    Defendants

Case No. SJ2023CV08437

CERTIFICATE OF SERVICE BY A ~~PARTICULAR PERSON~~ RI CERTIFIED CONSTABLE

I Kimberly Dulude declare to have legal capacity pursuant to Rule 4.3 of the Puerto Rico Rules of Civil Procedure and the applicable Rules of Civil Procedure of the State of R.I., and certify that the service of the Summons and Complaint of the case of reference (38 pages) was done by me on Sept. 15, 2023 by:

Personal delivery upon the defendant to the following authorized agent of the defendant at the following address:

CT CORPORATION SYSTEM, REGISTERED AGENT FOR CAREMARKPCS, HEALTH, LLC

Cost of the Service: _____

Statement of the Process Server    RI

I hereby declare under penalty of perjury, pursuant to the laws of the State of ~~Utah~~ RI, that the aforesaid information is true and correct. In witness thereof I hereby sign this declaration in R.I., 9/15/23 ~~of June~~, 2023

Kimberly Dulude
Signature of the Process Server
RI Constable #6103

PO Box 730
HOPE VALLEY RI
02832
Address of the Process Server